# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**EDDIE ARMANT**                                   **CIVIL ACTION**

**versus**                                         **NO. 07-3317**

**WARDEN JAMES M. LEBLANC**                        **SECTION: "J" (6)**

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and Defendant's Objections to the Report and Recommendation, hereby OVERRULES Defendant's Objections and approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that petitioner's federal habeas petition filed pursuant to 28 U.S.C. §2254 is hereby **DENIED ON THE MERITS WITH PREJUDICE**.

New Orleans, Louisiana, this 22nd day of APRIL , 2010.

_____
**UNITED STATES DISTRICT JUDGE**