# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EDDIE ARMANT** | **CIVIL ACTION** |
| **versus** | **NO. 07-3317** |
| **WARDEN JAMES M. LEBLANC** | **SECTION: "J" (6)** |

## CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____

___X____ a certificate of appealability shall not be issued for the following reason(s):

Defendant has failed to make a "substantial showing of the denial of a constitutional right." Defendant has failed to show that reasonable jurists could debate whether the motion should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further.

New Orleans, Louisiana, this _22nd___ day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE